In the Matter of the Claim of MEYER BARDES, Respondent, v. EAST RIVER HOUSING CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

940

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.